UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| CAM YUEN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>IDEXX LABORATORIES, INC. and IDEXX DISTRIBUTION, INC.<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) Civil No. 2:22-cv-00392-JDL<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION TO WITHDRAW**

Lori E. Andrus, Esq., pursuant to Local Rule 83.2, moves to withdraw as one of the counsel of record for Plaintiffs Cam Yuen, Arrianna Garcia, Kathryn Heberling, Susan McVinney, Sunny Stimson, Ellen Berman, Neil Murphy, Dennis Wild, Andrea Bury, Miranda Smelcer, Marcia Potts, Sheryl Emerson, Chrysta Cataldo, Marlena Giga, Gina Giorgio, Michelle Carpenter, Valerie Hitz, Shavonna Armstrong, Hilary Allred, Melissa Marshall, Joseph Duncan, and Dawn Reynosa, and all others similarly situated, for the reasons that follow.

Attorney Andrus wishes to withdraw because she is no longer working on this matter. Plaintiffs will continue to be represented by their other counsel of record. No party will be prejudiced by the withdrawal. Plaintiffs have conferred with counsel Defendants, who have no objection to this motion.

WHEREFORE, Lori E. Andrus, Esq. respectfully asks the Court to grant this motion, enter the proposed order below, permit her to withdraw as one of the counsel for Plaintiffs, and order that she be removed from all service lists in this case.

1

19894882.2

Dated: January 11, 2023.

/s/ Gregory P. Hansel
Gregory P. Hansel
PRETI FLAHERTY BELIVEAU &
PACHIOS, CHARTERED, LLP
One City Center
P.O. Box 9546
Portland, ME  04112-9546
(207) 791-3000
ghansel@preti.com

*Local Counsel for Plaintiffs and
the Proposed Class*


/s/ Lori E. Andrus
Lori E. Andrus
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile: (415) 986-1474
lori.andrus@andrusanderson.com


*Additional Counsel for Plaintiffs
and the Proposed Class*

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| CAM YUEN, et al., on behalf of themselves and all others similarly situated, | ) ) ) ) |
| Plaintiffs | ) ) |
| v. | ) ) |
| IDEXX LABORATORIES, INC. and IDEXX DISTRIBUTION, INC. | ) ) ) |
| Defendants | ) |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW**

This matter is before the Court on the Motion to Withdraw as counsel by Lori E. Andrus of The Andrus Anderson LLP law firm on behalf of Plaintiffs Cam Yuen, Arrianna Garcia, Kathryn Heberling, Susan McVinney, Sunny Stimson, Ellen Berman, Neil Murphy, Dennis Wild, Andrea Bury, Miranda Smelcer, Marcia Potts, Sheryl Emerson, Chrysta Cataldo, Marlena Giga, Gina Giorgio, Michelle Carpenter, Valerie Hitz, Shavonna Armstrong, Hilary Allred, Melissa Marshall, Joseph Duncan, and Dawn Reynosa.

The Court GRANTS the Motion to Withdraw of attorney Lori E. Andrus as co-counsel for Plaintiffs in this case and Orders that she be removed from all service lists in this case.

**IT IS SO ORDERED.**

Dated this ___ day of January, 2023.

_____
Jon D. Levy
United States District Judge

3

19894882.2