UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| CAM YUEN, et al., on behalf of themselves and all others similarly situated, | ) ) ) | |
| | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No:  2:22-cv-00392-SDN |
| IDEXX LABORATORIES, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

## <u>REQUEST FOR STATUS CONFERENCE</u>

Plaintiffs, by and through the undersigned counsel, respectfully request that the Court set a Status Conference in the above-named matter.

This case was reassigned to the Honorable Stacey D. Neumann on September 11, 2024. Plaintiffs seek to introduce themselves to the Court and to discuss how best to organize the case going forward.

Defendants' position is that a status conference is premature pending the Court's decision on the Second Renewed Motion to Dismiss (ECF No. 106), which will determine what, if any, portion of this case will proceed.

Dated:  March 24, 2025     Respectfully submitted,

         /s/ Gregory P. Hansel
         Gregory P. Hansel
         Michael S. Smith
         Elizabeth F. Quinby
         **PRETI FLAHERTY BELIVEAU & PACHIOS, LLP**
         One City Center
         P.O. Box 9546
         Portland, ME  04112-9546
         (207) 791-3000
         ghansel@preti.com
         msmith@preti.com
         equinby@preti.com

*Local Counsel for Plaintiffs and the Proposed Class*

Joshua P. Davis (*admitted pro hac vice*)
**BERGER MONTAGUE PC**
59A Montford Avenue
Mill Valley, CA 94941
Telephone: (800) 424-6690
jdavis@bm.net

Eric L. Cramer (*admitted pro hac vice*)
Michael J. Kane (*admitted pro hac vice*)
Andrew C. Curley (*admitted pro hac vice*)
Najah A. Jacobs (*admitted pro hac vice*)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
ecramer@bm.net
mkane@bm.net
acurley@bm.net
njacobs@bm.net

Daniel Walker (*admitted pro hac vice*)
**BERGER MONTAGUE PC**
2001 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20006
Telephone: (202) 559-9745
dwalker@bm.net

Brent W. Johnson (*admitted pro hac vice*)
Richard A. Koffman (*admitted pro hac vice*)
Daniel McCuaig (*admitted pro hac vice*)
Daniel H. Silverman (*admitted pro hac vice*)
Zachary Krowitz (*admitted pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
(202) 408-4600
bjohnson@cohenmilstein.com
rkoffman@cohenmilstein.com
dmccuaig@cohenmilstein.com
dsilverman@cohenmilstein.com
zkrowitz@cohenmilstein.com

*Counsel for Plaintiffs Cam Yuen, Arrianna Garcia, Kathryn Heberling, Susan McVinney, Sunny Stimson, Ellen Berman, Neil Murphy, Dennis Wild, Andrea Bury, Miranda Smelcer, Marcia Potts, Sheryl Emerson, Chrysta Cataldo, Marlena Giga, Gina Giorgio, Michelle Carpenter, Valerie Hitz, Shavonna Armstrong, Hilary Allred, Melissa Marshall, Joseph Duncan, and Dawn Reynosa, and Proposed Co-Lead Counsel for the Class*

2

Jennie Lee Anderson (*admitted pro hac vice*)
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile: (415) 986-1474
jennie@andrusanderson.com

*Additional Counsel for Plaintiffs and for the Proposed Class*