UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| CAM YUEN, et al. | ) |
| | ) |
|       Plaintiffs | ) |
| | ) |
| v. | ) Civil Action No. 2:22-cv-00392-SDN |
| | ) |
| IDEXX LABORATORIES, INC. and | ) |
| IDEXX DISTRIBUTION, INC. | ) |
| | ) |
|       Defendants | ) |

**STIPULATION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss the Complaint, including all remaining claims therein, with prejudice. Each side will bear its own costs and attorneys' fees. The parties waive all rights to appeal any judgment or order entered in this case.

Dated: April 28, 2025

/s/ *Elizabeth F. Quinby*
Gregory P. Hansel
Michael S. Smith
Elizabeth F. Quinby
PRETI FLAHERTY BELIVEAU &
PACHIOS, CHARTERED, LLP
One City Center
P.O. Box 9546
Portland, ME 04112-9546
(207) 791-3000
ghansel@preti.com
msmith@preti.com
equinby@preti.com

*Local Counsel for Plaintiffs and the Proposed Class*

Eric L. Cramer
Michael J. Kane
Andrew C. Curley

Dated: April 28, 2025

/s/ *Adrianne E. Fouts*
James T. Kilbreth
Adrianne E. Fouts
DRUMMOND WOODSUM
84 Marginal Way, Suite 600
Portland, ME 04101
(207) 772-1941
jkilbreth@dwmlaw.com
afouts@dwmlaw.com

Glenn D. Pomerantz
Stuart N. Senator
Adam R. Lawton
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Los Angeles, CA 90071
(213) 683-9100
Glenn.Pomerantz@mto.com
Stuart.Senator@mto.com
Adam.Lawton@mto.com

Najah A. Jacobs
BERGER MONTAGUE PC *Attorneys for Defendants*
1818 Market Street
Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
ecramer@bm.net
mkane@bm.net
acurley@bm.net
njacobs@bm.net

Daniel J. Walker
BERGER MONTAGUE PC
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006
Telephone: (202) 559-9745
dwalker@bm.net

Joshua P. Davis
BERGER MONTAGUE PC
59A Montford Avenue
Mill Valley, CA 94941
Telephone: (800) 424-6690
jdavis@bm.net

Brent W. Johnson
Richard A. Koffman
Daniel McCuaig
Daniel H. Silverman
Zachary Krowitz
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW ● Fifth Floor
Washington, DC 20005
(202) 408-4600
bjohnson@cohenmilstein.com
rkoffman@cohenmilstein.com
dmccuaig@cohenmilstein.com
dsilverman@cohenmilstein.com
zkrowitz@cohenmilstein.com

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*